**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| In Re: | : | Case No. 05-18225 |
| | : | |
| Vaughn Cooper, Jr. | : | Chapter 7 |
| | : | |
| Debtor | : | Judge Aug |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**
**AND UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The amount of $825.00 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses(s) of the party(ies) entitled to those unclaimed dividends is (are) as follows:

| Creditor Name & Address | Claim No. | Amount of Dividend |
|---|---|---|
| Herman Anderson<br>7120 Plainfield Road, Apt. 2<br>Cincinnati, Ohio 45236 | 12 | $825.00 |

Total Unclaimed/Small
Dividends $25.00 or Under
$_____

Total Unclaimed
Dividends Over $25.00
$825.00_____

Dated: December 1, 2010        /s/ Henry E. Menninger, Jr.
                               Case Trustee